UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACC BLDG. 1, LLC and<br>ACC BLDG. 12 & 5, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEXAS INSTRUMENTS<br>INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:16-cv-40011-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO DIMISS FOR FAILURE TO STATE
A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Texas Instruments Incorporated ("TI") respectfully moves to dismiss this action by ACC Bldg. 1, LLC and ACC Bldg. 12 & 5, LLC (together, "ACC") for failure to state a claim upon which relief can be granted. For the reasons set forth in TI's accompanying memorandum of law, accepting as true all well-pleaded facts alleged in ACC's Verified Complaint, and indulging all inferences in ACC's favor, the Verified Complaint nonetheless fails to state claims for property damage under M.G.L. c. 21E, § 5, declaratory judgment under M.G.L. c. 231A, or recovery of attorneys' fees and costs under M.G.L. c. 21E, § 15.  Accordingly, the Verified Complaint should be dismissed in its entirety.

**Texas Instruments Incorporated**,

By its attorneys,

*/s/ Donald R. Pinto, Jr.*
Donald R. Pinto, Jr., BBO #548421
dpinto@pierceatwood.com
Daniel J. Bailey III, BBO #552612
dbailey@pierceatwood.com
PIERCE ATWOOD LLP
100 Federal Street
Boston, Massachusetts 02110
(617) 488- 8100

Dated: March 25, 2016

CERTIFICATE OF SERVICE

I, Donald R. Pinto, Jr., hereby certify that the foregoing document was this day forwarded to the following counsel of record for the plaintiffs ACC Bldg. 1, LLC and ACC Bldg. 5 & 12, LLC by electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing:

Robert D. Cox, Jr.
rcox@bowditch.com
AiVi Nguyen, BBO #675319
anguyen@bowditch.com
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, Massachusetts 016015-0156
(508) 926-3409

*/s/ Donald R. Pinto, Jr.*

Dated: March 25, 2016

2